IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCAIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00522 |
| ) | |
| ATB ELECTRICAL SERVICES, LLC, et ) | JUDGE CAMPBELL |
| al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Motion to Enter Final Order filed by Plaintiffs Michael McCain and James Hornsby. (Doc. No. 11). A proposed Final Order signed by counsel for the parties was filed contemporaneous to the Motion. (Doc. No. 11-1). Plaintiffs state that the parties have reached an agreement settlement and payment plan as reflected in the proposed Final Order that is filed contemporaneously. (Doc. No. 11). They move the Court to enter the proposed Final Order as final judgment in this case. (*Id*.). As reflected by the signatures of counsel for the parties, the Motion is unopposed.

Accordingly, Plaintiffs' Motion to Enter Final Order (Doc. No. 11) is **GRANTED**. The Final Order as agreed by the parties will be entered separately. The Final Order constitutes final judgment for purposes of Fed. R. Civ. P. 58. Following entry of the Final Order, the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE