UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL MCCAIN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ATB ELECTRICAL SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 3:23-cv-00522<br><br>*Judge William L. Campbell, Jr.*<br>*Magistrate Judge Jeffery S. Frensley* |

### ORDER

After his arrest on a Bench Warrant, Ronald B. McClelland ("McClelland") appeared to answer the finding of civil contempt (Docket Entry No. 20). At a hearing on May 13, 2024, the Court determined McClelland failed to make a final payment to the Southern Electrical Retirement Fund ("Plaintiff Fund") as required by the Court's prior Order of August 28, 2023 (Docket Entry No. 13) and, thereafter, Plaintiff Fund incurred attorney fees/costs.

Based upon statements by McClelland at the hearing, he pledged to pay immediately $4,100 to Plaintiff Fund. McClelland is released from custody based on this pledge and the Court waives payment of a compliance fine.

This case is DISMISSED, and the Clerk of Court is directed to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

It is so **ORDERED**.

                                              WILLIAM L. CAMPBELL, JR.
                                              CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ R. Jan Jennings*
R. Jan Jennings, BPR No. 1536
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Tel. (615) 254-8801
Email:  jjennings@stranchlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via United States First-Class mail, postage prepaid, to:

| | |
|---|---|
| ATB Electrical Services, LLC | Ronald B. McClelland |
| Ronald B. McClelland, Registered Agent | 3128 County Road 10 |
| 3128 County Road 10 | Samson, Alabama 36477 |
| Samson, Alabama 36477 | |

This 13TH day of May 2024.

    */s/ R. Jan Jennings*
R. Jan Jennings