UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Michael McCain, et al.

                               Plaintiff,

v.                                    Case No.: 3:23−cv−00522

ATB Electrical Services, LLC, et al.

                               Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/13/2024 re [24].

                                                                                               Lynda M. Hill
                                                                         s/ Kim Chastain, Deputy Clerk